# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BROWN, | Civil Action No. 11 – 1256 |
| Petitioner, | |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| BRIAN V. COLEMAN, THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | |
| Respondents. | |

## ORDER

**AND NOW**, this 1st day of August, 2013, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURHTER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

1

Cc: Charles Brown
EX-1730
S.C.I. Fayette
P.O. Box 9999
LaBelle, PA 15450-0999
(*Via First Class U.S. Postal Mail*)

Counsel of Record
(*Via ECF Electronic Mail*)